# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 09, 2023

Ms. Daniella Patricia Main
Alston & Bird, L.L.P.
2200 Ross Avenue
Suite 2300
Dallas, TX 75201

    No. 21-30625   Taylor v. LeBlanc
                         USDC No. 3:21-CV-72

Dear Ms. Main,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

The covers of your documents must be the following colors: Amicus briefs must be green. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
Ms. Anna Bidwell
Ms. Morgan Brungard
Mr. Andre' Charles Castaing
Ms. Phyllis Esther Glazer
Mrs. Donna Unkel Grodner
Mr. Patrick M. Jaicomo
Mr. Shae Gary McPhee Jr.
Ms. Elizabeth Baker Murrill
Mr. Jaba Tsitsuashvili