# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 02, 2024

Ms. Morgan Brungard
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Andre' Charles Castaing
Louisiana Department of Justice
Litigation Division
P.O. Box 94005
Baton Rouge, LA 70804-9005

Ms. Phyllis Esther Glazer
Louisiana Department of Justice
Office of the Attorney General
1885 N. 3rd Street
3rd Floor
Baton Rouge, LA 70802

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

        No. 21-30625   Taylor v. LeBlanc
                       USDC No. 3:21-CV-72


Dear Ms. Brungard, Mr. Castaing, Ms. Glazer, and Ms. Murrill,

The court has requested a response to the petition for rehearing
en banc filed by Mr. Percy Taylor in this case. Your response
must be electronically filed on or before Monday, August 12, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Ms. Anna Bidwell
     Mr. Connor R. Bourland
     Ms. Emily A. Fitzgerald
     Mrs. Donna Unkel Grodner
     Mr. Patrick M. Jaicomo
     Ms. Daniella Patricia Main
     Mr. Jaba Tsitsuashvili